STATE OF LOUISIANA

VERSUS

EDGAR HIDALGO

NO. 25-KH-330

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 07, 2025

Linda Tran
First Deputy Clerk

**IN RE** EDGAR HIDALGO

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANK A. BRINDISI, DIVISION "E", NUMBER 20-5193

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

Relator, Wesley Ricks, seeks review of the trial court's denial of his motion to compel discovery in district court number 20-5193, *State v. Edgar Hidalgo*. In his motion, Relator requested a free copy of the bill of indictment and bill of particulars for Mr. Hidalgo's case. In its denial, the trial court directed Relator to the Clerk of Court for the 24th Judicial District Court for records request. However, the trial court also noted that the Clerk of Court is not required to provide third parties, such as Relator, with free copies of its public records. After review, we find that the trial court did not err in denying Relator's motion to compel discovery. The requested documents Relator seeks are not from his own case, but rather concern a defendant (Mr. Hidalgo) convicted in a different case and in a different parish other than Relator's conviction and sentence. Generally, an incarcerated indigent must demonstrate a particularized need before receiving a copy of a court document free of charge. *State ex rel. Simmons v. State*, 93-275 (La. 12/16/94), 647 So.2d 1094,

1095 (*per curiam*).  We find that Relator's motion does not show any particularized need that would entitle him to free copies of the documents he requested for Mr. Hidalgo's case.

Accordingly, the writ application is denied.

Gretna, Louisiana, this 7th day of August, 2025.

**MEJ**
**JGG**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/07/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-KH-330

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Wesley Sinclair Ricks #499599 (Relator)
Louisiana State Penitentiary
Angola, LA 70712